UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ELORA MUKHERJEE,  :
:
                         Plaintiff,  :
:     25-CV-8072 (JMF)
     -v-                                   :
:          ORDER
UNITED STATES IMMIGRATION AND CUSTOMS  :
ENFORCEMENT,  :
:
                        Defendant.  :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's October 17, 2025 Order, ECF No. 8, the parties were required to file a joint letter, the contents of which are described therein, no later than one week from the end of the government shutdown. To date, the parties have not filed a joint letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 25, 2025**. Failure to file a joint letter by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

       SO ORDERED.

Dated: November 20, 2025
       New York, New York                                JESSE M. FURMAN
                                                         United States District Judge