UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                   :

ELORA MUKHERJEE,                 :

                                   :

                Plaintiff,     :

                                   :              25-CV-8072 (JMF)

     -v-                   :

                                   :               ORDER

UNITED STATES IMMIGRATION AND CUSTOMS :
ENFORCEMENT,                 :

                                   :

                Defendant.   :

                                   :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's December 17, 2025 Order, ECF No. 15, Defendant was required to file the answer to the complaint by January 15, 2026. To date, Defendant has not filed an answer. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **January 22, 2026**. Failure to file an answer by that deadline may result in entry of default judgment against Defendant. Additionally, the parties are reminded that they must file a joint letter by **no later than January 26, 2026**, updating the Court as to the status of the FOIA request and the parties' negotiations. *See* ECF No. 12.

      SO ORDERED.

Dated: January 16, 2026
      New York, New York                                 
                                             JESSE M. FURMAN
                                      United States District Judge