

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 26, 2026

**VIA ECF**
The Honorable Jesse M. Furman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:   *Elora Mukherjee v. United States Immigration and Customs Enforcement,*
            25 Civ. 8072 (JMF)

Dear Judge Furman:

    This Office represents defendant the United States Immigration and Customs Enforcement ("ICE") in the above-referenced Freedom of Information Act ("FOIA") case brought by plaintiff Elora Mukherjee ("Plaintiff"). We write jointly with Plaintiff pursuant to the Court's November 25, 2025, order, ECF No. 12, directing the parties to submit a status update by today.

    The parties continue to believe that it would be premature to set a briefing schedule for any motions, including motions for summary judgment. The parties have continued to engage in discussions about Plaintiff's FOIA requests and the possibility of resolving this action. Although the government is still in the process of responding to the request and the parties have not yet reached a resolution, the parties continue to believe that they may be able to resolve this case without the need for briefing. The parties propose that they provide the Court with a further written update by February 23, 2026, which will further apprise the Court of the status of ICE's response to the FOIA requests and the parties' negotiations.

    We thank the Court for its consideration of this submission.

                                                  Respectfully,

                                                  JAY CLAYTON
                                                  United States Attorney

                     By:     /s/ Mary Ellen Brennan
                              MARY ELLEN BRENNAN
                              Assistant United States Attorneys
                              86 Chambers Street, Third Floor
                              New York, NY 10007
                              Tel: (212) 637-2652
                              maryellen.brennan@usdoj.gov