

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 23, 2026

**VIA ECF**

The Honorable Jesse M. Furman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Elora Mukherjee v. United States Immigration and Customs Enforcement,*
             25 Civ. 8072 (JMF)

Dear Judge Furman:

      This Office represents defendant the United States Immigration and Customs Enforcement ("ICE") in the above-referenced Freedom of Information Act ("FOIA") case brought by plaintiff Elora Mukherjee ("Plaintiff"). We write jointly with Plaintiff pursuant to the Court's January 27, 2026, order, ECF No. 19, directing the parties to submit a status update by today.

      The parties have continued to engage in discussions about Plaintiff's FOIA requests and the possibility of resolving this action. The government was in the process of responding to the FOIA requests when funding to the Department of Homeland Security lapsed at the end of the day on February 13, 2026. The ICE FOIA Office is furloughed during the current shutdown. The government anticipates that it will be in a position to produce the records requested by Plaintiff promptly after funding is restored.

      The parties propose that they provide a status update to the Court within 7 days following the restoration of funding to the Department of Homeland Security. The proposed update will further apprise the Court of the status of ICE's response to the FOIA requests and the parties' negotiations. The parties continue to believe that it would be premature to set a briefing schedule for any motions, including motions for summary judgment, and the parties continue to believe that they may be able to resolve this case without the need for briefing.

      We thank the Court for its consideration of this submission.

                                         Respectfully,

                                         JAY CLAYTON
                                         United States Attorney

                    By:    /s/ Mary Ellen Brennan
                           MARY ELLEN BRENNAN
                           Assistant United States Attorneys
                           86 Chambers Street, Third Floor

2

New York, NY 10007
Tel: (212) 637-2652
maryellen.brennan@usdoj.gov