UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELORA MUKHERJEE,

*Plaintiff*,

v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT,

*Defendant*.

Case No. 1:25-cv-08072-JMF

## **STIPULATION AND ORDER OF DISMISSAL**

WHEREAS, on or about April 15, 2025, and May 15, 2025, plaintiff Elora Mukherjee

("Plaintiff") submitted requests (the "Requests") pursuant to the Freedom of Information Act, 5

U.S.C. § 552 ("FOIA"), to defendant United States Immigration and Customs Enforcement

("Defendant");

WHEREAS, on or about September 29, 2025, Plaintiff filed a complaint in this action

against Defendant in connection with the Requests;

WHEREAS, on or about January 22, 2026, Defendant answered Plaintiff's complaint;

WHEREAS, the parties have been engaged in good-faith negotiations to resolve this

matter without further Court intervention;

WHEREAS, on or about March 27, 2026, Defendant made a production of records in

response to the Requests; and

WHEREAS, although Plaintiff believes that Defendant's production of records is

incomplete and that certain exemptions Defendant claimed are not justified under FOIA, Plaintiff

1

has determined that it will not pursue further release and seeks to dismiss its claims against Defendant under the terms set forth below;

IT IS HEREBY STIPULATED, by and between the parties, as follows:

1.      Defendant's production resolves any and all claims that Plaintiff now has or may hereinafter acquire against Defendant or the United States of America ("United States"), or any department, agency, officer, employee of Defendant and/or the United States, related to or arising out of the Requests that are the subject of this action.

2.      The claims brought by Plaintiff are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own fees and costs.

3.      The parties understand and agree that this Stipulation and Order contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall have any force or effect.

4.      Nothing in this Stipulation and Order affects, or shall be construed to affect, the rights of Plaintiff to pursue further release of information or documents from Defendant through other FOIA requests.

Dated:  Columbia, MD  
      April 16, 2026

Dated:  New York, NY  
      April 16, 2026

JAY CLAYTON  
United States Attorney for the  
Southern District of New York

 /s/ Amber Qureshi           
AMBER QURESHI  
Law Office of Amber Qureshi, LLC  
6925 Oakland Mills Rd, PMB #207  
Columbia, MD 21045  
Telephone: (443) 583-4353  
Email: amber@qureshilegal.com

By:  /s/ Mary Ellen Brennan       
    MARY ELLEN BRENNAN  
    Assistant United States Attorneys  
    86 Chambers Street, Third Floor  
    New York, NY 10007  
    Tel: (212) 637-2652  
    maryellen.brennan@usdoj.gov

*Counsel for Plaintiff*

    *Counsel for Defendant*

SO ORDERED:

_____  
THE HONORABLE JESSE M. FURMAN  
UNITED STATES DISTRICT JUDGE

3